IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**Willie Preston and Brittany Bailey,**

        Plaintiffs,

v.                                  Case No. 14-cv-03423

**Wayne Watson et al.,**

        Defendants.

AGREED STIPULATION OF DISMISSAL

Plaintiffs Willie Preston, Brittany Bailey, and the defendants, by their undersigned attorneys and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-captioned matter with prejudice, with each party to bear his or her own attorney fees, costs and expenses.

Respectfully submitted,

| Willie Preston and Brittany Bailey, Plaintiffs | Wayne Watson, Angela Henderson, Patrick Cage, Ronnie Watson, and Matoya Marsh, Defendants |
|---|---|
| By: /s/ Rima Kapitan | By: /s/ |
| Rima Kapitan<br>Yusra Gomaa<br>KAPITAN LAW OFFICE, LTD.<br>P.O. Box 6779<br>Chicago, IL 60680<br>Phone: (312) 566-9590<br>ygomaa@kapitanlaw.net | Michael T. Dierkes<br>T. Andrew Horvat<br>Assistant Attorney General<br>100 West Randolph Street, 13th Floor<br>Chicago, Illinois 60601<br>312.814.3672 (phone)<br>312.814.4425 (fax)<br>mdierkes@atg.state.il.us |
| Attorneys for Plaintiff | Attorneys for Defendants |

<u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that on September 23, 2015 she filed electronically the foregoing AGREED STIPULATION OF DISMISSAL, which constitutes service to counsel for all parties, who are registered participants in the CM/ECF system.

<u>/s/ Rima Kapitan</u>